IN THE UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

FILED
MAILROOM
JAN - 7 2008
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| United States of America ) | |
| ) | |
| v. ) | Criminal No. 1:07CR434 |
| ) | |
| Robert Updegrove, ) | Sentencing 1/25/08 |
| ) | Judge Ellis |
| Defendant ) | |

**POSITION OF DEFENDANT WITH RESPECT TO SENTENCING FACTORS**

Comes now the defendant, Robert Updegrove, by counsel, and represents that the defendant has reviewed the probation officer's Presentence Investigation Report, as well as the addendum to this report, and that he does not dispute any of the facts or factors set out in those documents.

Respectfully submitted,
ROBERT UPDEGROVE
By Counsel

Robert E.
Battle, P.C.
Richmond, VA

*/s/ Robert E. Battle/*

Robert E. Battle, Counsel for Defendant
1506 Willow Lawn Drive, Suite 212
Richmond, VA 23230
(804) 673-5600

## Certificate of Service

    I hereby certify that a copy of this document was:
Mailed this 3RD day of January, 2008, to

    Gerald Smagala
    Assistant United States Attorney
    2100 Jamieson Avenue
    Alexandria, VA 22314

Mailed this 13th day of January, 2008, to
    Mary Beth Simpson
    U.S. Probation Office
    Third Floor
    401 Courthouse Square
    Alexandria, VA 22314

_____
Robert E. Battle

Robert E.
Battle, P.C.
Richmond, VA