IN THE UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | Criminal No. 1:07CR434 |
| | ) | |
| Robert Updegrove, | ) | Sentencing 1/25/08 |
| | ) | Judge Ellis |
| Defendant | ) | |

## MOTION FOR JUDICIAL RECOMMENDATION OF PRISON DESIGNATION

Comes now the defendant, Robert Updegrove, by counsel, and moves that this Court add to its final order in this case a judicial recommendation that defendant Updegrove serve his sentence at FCI Allenwood.

In support of this motion, counsel for defendant states as follows:

1. Counsel was contacted by family members of Updegrove after Updegrove was sentenced on January 25, 2008. They stated that their understanding was that the Bureau of Prisons would use the sentencing location of Alexandria Virginia in an attempt to secure a placement as close as possible from that location. However, defendant's 84-year-old mother, who lives by herself in Shiremanstown, Pennsylvania and rarely drives, would like the opportunity to visit Updegrove in prison. FCI Allenwood is the closest federal prison to her. It is only 76 miles from Shiremanstown, whereas the closest facility to Alexandria, FCI Petersburg is 237 miles from Shiremanstown.

Robert E. Battle, P.C.
Richmond, VA

Therefore, defendant, by counsel, requests that the Final Order or an addendum to the Order include a judicial recommendation for placement at FCI Allenwood.

Respectfully submitted,
ROBERT UPDEGROVE
By Counsel

_____
Robert E. Battle, Counsel for Defendant
1506 Willow Lawn Drive, Suite 212
Richmond, VA 23230
(804) 673-5600

### Certificate of Service

I hereby certify that a copy of this document was:
Mailed this 6th day of February, 2008, to

Gerald Smagala
Assistant United States Attorney
2100 Jamieson Avenue
Alexandria, VA 22314
jerry.smagala@usdoj.gov

Mailed this 6th day of February, 2008, to
Mary Beth Simpson
U.S. Probation Office
Third Floor
401 Courthouse Square
Alexandria, VA 22314

_____
Robert E. Battle

Robert E.
Battle, P.C.
Richmond, VA

2